UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| **Exhibit** | **Description** |
|---|---|
| 1 | Cease-and-desist Letter |
| 2 | Common Carrier Reports |
| 3 | Order Documentation |
| 4 | Photographs of Bottles |
| 5 | Photograph of Return Address Label |