**ISLAND DISTILLERS INC. - FED EX SHIPMENTS - 2019**

**1st quarter**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Island Distillers | 577 Pakala St | HONOLULU | HI | 96825 | Thomas Pell | 8586 W 8TH ST | FREMONT | MI | 49412 | 784697692969 | 1/5/2019 |
| Island Distillers | 577 Pakala St | HONOLULU | HI | 96825 | Craig Esper | 28715 CUNNINGHAM DR | WARREN | MI | 48092 | 785270882815 | 2/4/2019 |
| Island Distillers | 577 Pakala St | HONOLULU | HI | 96825 | Craig Esper | 28715 CUNNINGHAM DR | WARREN | MI | 48092 | 785270882815 | 2/4/2019 |

**TOTAL = 3**

**2nd quarter**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Island Distillers | 577 Pakala St | HONOLULU | HI | 96825 | grant laskaska | 38317 WABASH ST | ROMULUS | MI | 48174 | 787651498329 | 6/5/2019 |
| Island Distillers | 577 Pakala St | HONOLULU | HI | 96825 | grant laskaska | 38317 WABASH ST | ROMULUS | MI | 48174 | 787727263669 | 6/10/2019 |
| Island Distillers | 577 Pakala St | HONOLULU | HI | 96825 | Tom Pell | 8586 W 8TH ST | FREMONT | MI | 49412 | 787937543135 | 6/19/2019 |

**TOTAL = 3**

**3rd quarter**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Island Distillers | 577 Pakala St. | HONOLULU | HI | 96825 | MIKE HALL | 374 E TIENKEN RD | ROCHESTER | MI | 48306 | 789902212537 | 9/20/2019 |
| Island Distillers I | 577 Pakala St. | HONOLULU | HI | 96825 | BRENDA MANTHEI | 2207 KENILWORTH RD | JACKSON | MI | 49203 | 775887322508 | 8/2/2019 |
| Island Distillers I | 577 Pakala St. | HONOLULU | HI | 96825 | MERRI PELL | 8586 W 8TH ST | FREMONT | MI | 49412 | 788931339205 | 8/7/2019 |

**TOTAL = 3**