Gmail

**Your Island Distillers order has been received!**
1 message

**Island Distillers** <sales@islanddistillers.com>
Reply-To: Island Distillers <sales@islanddistillers.com>
To:

Tue, Jun 1, 2021 at 1:46 PM



## Thank you for your order

Hi Kevin,

Just to let you know — we've received your order #4100, and it is now being processed:

### [Order #4100] (June 1, 2021)

| Product | Quantity | Price |
|---------|----------|-------|
|         |          |       |

| Product | Quantity | Price |
| --- | --- | --- |
| HAPA Coconut Vodka | 1 | $35.00 |
| Subtotal: | | $35.00 |
| Shipping: | | $25.00 via 1-3 Bottles (FedEx 2 Day Express) |
| Tax: | | $0.00 |
| Payment method: | | Credit Card |
| Total: | | $60.00 |

**Billing address**



BAY CITY, MI 48706

**Shipping address**

BAY CITY, MI 48706

Thanks for using www.islanddistillers.com!

Island Distillers