



GOVERNMENT WARNING: (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.

ISLANDDISTILLERS.COM

PRODUCED BY ISLAND DISTILLERS INC. HONOLULU, HAWAII

DISTILLED FROM SUGAR CANE

SMALL BATCH

750 ML

8 56558 00203 0