ORIGIN ID:HIKA  (808) 492-4632
ONLINE SALES
ISLAND DISTILLERS
577 PAKALA ST.

HONOLULU, HI 96825
UNITED STATES US

SHIP DATE: 01JUN21
ACTWGT: 5.00 LB
CAD: 253334665/WSXI3600
DIMS: 17x7x7 IN

BILL SENDER

TO ████████

████████

**BAY CITY MI 48706**

REF: SAW

PO:                    DEPT:



FedEx
Express

E

TRK# 0201  7878 1825 0120

THU – 03 JUN 8:00P

** 2DAY **

ASR ALCOHOL RES

# TT MBSA

48706

MI-US     FNT

Part # 156297-435  RRDB2  EXP 11/21

ShipRush 

## Special Delivery Instructions

**This package contains ALCOHOL**
**Adult Signature Required – Check ID**
**Recipient Must be at least 21 years old**
Do not deliver to an intoxicated person
No signature release, driver release or indirect delivery allowed

**Shipper certifies that this shipment complies with:**
-all FedEx requirements
-all applicable government laws/regulations, including all
requirements related to delivery in the destination state.

6/3        3:25 pm

REV 6/10 RRD

**FedEx.**

RT **433**    6    **A**
FZ        20:00
          0120
          06.03